motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

The Enamel Products Company, Appellant, v. Harry Segal and Sidney Segal, Copartners, etc., Respondents. (Action No. 1.) — Motion for stay of examination before trial denied; examination to proceed on five days' notice. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

The Enamel Products Company, Appellant, v. Harry Segal and Sidney Segal, Copartners, etc., Respondents. (Action No. 2.) — Motion for stay of examination before trial denied; examination to proceed on five days' notice. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

Sophie Green, Appellant, v. Martin Goldchain and Dora Goldchain, Respondents.— Motion for stay granted upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

Istrick & Nathan, Inc., Respondent, v. Clarence Berwin and Berolt Realty Corporation, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

In the Matter of the Application of Brooklyn Bar Association in Respect of Joseph F. Buscemi, an Attorney and Counselor at Law.— Motion granted, respondent disbarred, and his name ordered stricken from the roll of attorneys. After indictment, and on December 8, 1930, respondent pleaded guilty to the crime of grand larceny in the second degree and by the County Court of Kings county was sentenced to imprisonment in the New York County Penitentiary, "there to be dealt with according to law." His crime being a felony, his disbarment necessarily follows. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

In the Matter of the Application of Nicola Caponi and Others, Respondents, against William E. Walsh and Others, etc., Defendants, and Proc Building Corporation, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

In the Matter of the Application of The City of New York, Acting by and Through the Commissioner of Docks, Relative to Acquiring Right and Title to and Possession of Certain Lands, etc., Byrne Place, Borough of Brooklyn, etc., Parcel 10. William Armbruster and Others, Appellants; The City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals granted, leave therefor having been granted by the Court of Appeals on March 31, 1931, to certain other appellants in this proceeding. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

In the Matter of the Judicial Settlement of the Account of Fulton Trust Company of New York, as Trustee for the Benefit of Elizabeth C. McCormack and Remaindermen under the Last Will and Testament of Frederick H. Clark, Late of the City of Yonkers, Deceased. Fulton Trust Company of New York, as Trustee, etc., Appellant, Respondent. Elizabeth C. McCormack, Beneficiary, Jeannette C. Quencer and Fannie D. Clark, Remaindermen, Respondents, Appellants. Guaranty Trust Company of New York, as General Guardian of the Property of Elizabeth McLeod Ross, Infant, etc., and William